# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| ROY DEAN SPRATT, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:10-cv-00217-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that the Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of August, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE